JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINBIN LEI,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>        Defendants. | Case No. CV 15-9654 FMO (GJSx)<br><br>**JUDGMENT** |

      In light of the Court's Order re: Cross-Motions for Summary Judgment issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 23rd day of March, 2017.

                                                                    /s/<br>
                                             Fernando M. Olguin<br>
                                           United States District Judge